UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 24-cv-07432-JSW<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

Petitioner, a California prisoner on death row, has filed a "legal notice" was opened as a new case seeking federal habeas relief from his conviction or sentence. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests relating to his conviction and sentence, including the instant request, through counsel in that case. There is no need for Petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. His motion for leave to proceed in forma pauperis is GRANTED. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2024

_____
JEFFREY S. WHITE
United States District Judge